**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 15 |
| JAPAN AIRLINES CORPORATION, et al., | ) Case No. 10-10198 (JMP) |
| Debtors in a Foreign Proceeding[1] | ) Jointly Administered |
| Debtors. | ) |

**NOTICE OF HEARING ON STIPULATION
AND AGREED ORDER CLARIFYING THE SCOPE OF THE
STAY WITH RESPECT TO CERTAIN ANTITRUST LITIGATION**

**PLEASE TAKE NOTICE** that on March 4, 2010, Eiji Katayama, the foreign representative of the above-captioned debtors, whose reorganization proceedings under Japanese law currently are pending before the Tokyo District Court, Civil Department No. 8 filed the *Notice of Presentment of Stipulation and Agreed Order Clarifying the Scope of the Stay with Respect to Certain Antitrust Litigation* [Docket No. 58] (the "Stipulated Order").

**PLEASE TAKE FURTHER NOTICE** that on March 15, 2010, certain co-defendants parties to the litigation described in the Stipulated Order filed objections to the Stipulated Order [Docket Nos. 67 and 68] (collectively, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Stipulated Order and the Objections has been scheduled by the Court for **March 30, 2010 at 10:00 (prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

---

[1] The Debtors in these chapter 15 cases are: Japan Airlines Corporation, Japan Airlines International Co., Ltd., and JAL Capital Co., Ltd. The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: JAL Building, 2-4-11 Higashi Shinagawa, Shinagawa-ku, Tokyo, Japan, Attn: Legal Department.

16438427.1