MARTIN VENTRESS
6124 HWY 6 North #101
Houston, Texas 77084
Telephone: (323) 842-8629



**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | CHAPTER 15 |
| JAPAN AIRLINES CORPORATION, et al., | Case No. 10-10198 (JMP) |
| Debtors in a Foreign Proceeding1 | **Hearing Date: May 13, 2010 at 10:00 am (Eastern Time)** |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING
ON MOTION TO COMPEL TRUSTEE TO DETERMINE WHETHER DEBTOR JAPAN AIRLINES WAS MOVANT'S EMPLOYER OR CO-EMPLOYER FOR THE PURPOSE OF ESTABLISHING CREDITOR PRIORITY PURSUANT TO 11 U.S.C. § 507; 11 U.S.C. § 505 AND OTHER RELATED MATTERS**

The parties are familiar with the recent procedural history of the Japan Airlines

Corporation et al. Chapter 15 bankruptcy proceedings; therefore, there is no need

to repeat all the details here; this matter pertains to **Debtor Japan Airlines only.**

---

1 The Debtors in these chapter 15 cases are: Japan Airlines Corporation, Japan Airlines International Co., Ltd., and JAL Capital Co., Ltd. The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: JAL Building, 2-4-11 Higashi Shinagawa, Shinagawa-ku, Tokyo, Japan, Attn: Legal Department

PLEASE TAKE NOTICE that the Bankruptcy Court has scheduled a **Hearing** for **May 13, 2010 at 10:00 a.m.** (Eastern Time) to consider the Motion to Compel Trustee to determine whether Debtor Japan Airlines was Movant Martin Ventress' former Employer or Co-Employer for the purpose of establishing Creditor Priority Pursuant to 11 U.S.C. § 507; 11 U.S.C. § 505, and other related matters, before the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom No. 601, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that at the Motion to Compel Hearing, Movant will request the Bankruptcy Court enter an order that will compel the Trustee, respectfully, to investigate and furnish the results of the investigation to the Court and to parties of interest in a written report, whether JAL was Movant's Employer or Co-Employer, for the purpose of determining Creditor Priority Status Pursuant to 11 U.S.C. § 507, and mandatory "full disclosure" to determine Tax Liability Pursuant to 11 U.S.C. § 505.

DATED: April 21, 2010

SIGNED: _Martin Ventress_
MARTIN VENTRESS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, NOTICE OF HEARING was served via U.S. Postal Service First Class and via Electronic Transmission; upon the parties who are currently on the list to receive service for this case on this 21st day of April, 2010.

DATED: <u>April 21, 2010</u>   Respectfully Submitted,

                                          MARTIN VENTRESS
                                          6124 HWY 6 North #101
                                          Houston, Texas 77084
                                          Telephone: (323) 842-8629
                                          momdadventress@hotmail.com

                                 By: _/s/ Martin Ventress_____
                                             MARTIN VENTRESS