UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 15 |
| JAPAN AIRLINES CORPORATION, <u>et</u> <u>al.</u>, Debtors in a Foreign Proceeding[1] | ) ) ) ) | Case No. 10-10198 (JMP) |
| Debtors. | ) ) ) | Jointly Administered |

## ORDER CLOSING CHAPTER 15 CASES

Upon the motion (the "Motion") [Docket No. 149] of Eiji Katayama in his capacity as foreign representative (in such capacity, the "Foreign Representative") of the above-captioned debtors (the "Debtors"), for entry of an order closing the Chapter 15 cases; and the Foreign Representative having filed the Final Report[2] as Exhibit B thereto and given notice of its filing to those parties as required by Bankruptcy Rule 5009(c) and having filed the accompanying *Certification of No Objection Regarding Chapter 15 Case Closing Motion and Final Report* [Docket No. 152] and receiving no objections thereto by October 16, 2013; and upon consideration of the Certification of No Objection; and upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the United States District Court for the Southern District of New York *Standing Order of Reference* (M10-431) dated as of February 1, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of

---

[1] The Debtors in these chapter 15 cases are: Japan Airlines Corporation, Japan Airlines International Co., Ltd., and JAL Capital Co., Ltd. Pursuant to the Debtors' confirmed plan of reorganization, Debtors Japan Airlines Corporation and JAL Capital Co., Ltd. were merged into Debtor Japan Airlines International Co., Ltd. Japan Airlines International Co., Ltd., the surviving entity, later was renamed Japan Airlines Co., Ltd. The location of the Debtors' corporate headquarters and the service address for all of the Debtors is: JAL Building, 2-4-11 Higashi Shinagawa, Shinagawa-ku, Tokyo, Japan, Attn: Legal Department.

[2] Capitalized terms used but not defined in this section have the meanings ascribed to such terms elsewhere in this Final Report.

the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The following cases are hereby closed pursuant to sections 1517(d) (second sentence) and 350 of the Bankruptcy Code:

- Case No. 10-10198 (the entity formerly known as Japan Airlines Corporation, which was merged into the entity formerly known as Japan Airlines International Co., Ltd. pursuant to the JAL Plan).

- Case No. 10-10199 (the entity formerly known as Japan Airlines International Co., Ltd., now known as Japan Airlines Co. pursuant to the JAL Plan).

- Case No. 10-10200 (the entity formerly known as JAL Capital Co., Ltd., which was merged into the entity formerly known as Japan Airlines International Co., Ltd. pursuant to the JAL Plan).

3. A docket entry shall be made in the Chapter 15 Cases reflecting the entry of this order.

4. This order is entered without prejudice to the rights of any party to seek to reopen this case for cause pursuant to section 350(b) of the Bankruptcy Code.


Dated: New York, New York
December 2, 2013

                                                        *s/ James M. Peck*
                                                    Honorable James M. Peck
                                                    United States Bankruptcy Judge